**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Diane M. Curran,**

**Plaintiff,**

**v.**

**The Procter and Gamble Company, and Procter and Gamble Distributing Company,**

**Defendants.**

**Civil No. 01-1462 ADM/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: November 5, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED NOV 05 2001
Richard D. Sletten, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

Curran v Procter & Gamble Civil 01-1462 ADM/FLN

Magistrate Judge Franklin L. Noel is now the Magistrate Judge on this case.