**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Diane M. Curran,

Plaintiff,

v.

The Procter and Gamble Company and
Procter and Gamble Distributing Company,

Defendants.

Civil Case No. 01-CV-1462 DDA/JMM

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

The above-entitled action having been fully compromised and settled, it is hereby stipulated by and between the parties hereto, through their respective counsel, that the same may be and is hereby dismissed on its merits with prejudice but without costs or attorneys' fees to any party. The Clerk, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss this action.

DATED: April 15th, 2002.

By: Sharon D. Aizer
Sharon D. Aizer (299091)

P.O. Box 286
Shakopee, Minnesota 553379
Phone: 952-403-1093
Fax: 952-402-0443

ATTORNEYS FOR PLAINTIFF

DATED: April 15th, 2002.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: Charles O. Lentz
Charles O. Lentz (168403)
Robyn E. Anderson (284269)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Phone: 612-349-8239
Fax: 612-334-4181

ATTORNEYS FOR DEFENDANTS



APR 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

This action is hereby dismissed, with prejudice, and without costs or attorney fees to any party.

Dated this 19 day of April, 2002.

By: ______________________
Judge of U.S. District Court

Senior Judge [illegible] D. [illegible]